# Court of Appeals
# of the State of Georgia

ATLANTA,  December 28, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0166. MICHAEL D. DYER v. THE STATE.**

Michael Dyer was convicted of aggravated child molestation. Dyer later filed a motion to dismiss a void judgment/conviction, which the trial court denied on August 12, 2021. Dyer filed an application for discretionary review of the trial court's order on November 30, 2021. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an application for appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). See also *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011) (noting that this Court "has held that the failure to meet the statutory deadline for filing a discretionary application is a jurisdictional defect"). Dyer filed this application 110 days after entry of the order he wishes to appeal. Thus,

the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.[1]



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* *12/28/2021*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

   *Stephen E. Castlen*     *, Clerk.*

---

[1] Dyer's application materials also included as exhibits two orders entered by the trial court on September 9, 2021. To the extent that Dyer also seeks discretionary review of those orders, the application is likewise untimely.